UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

COLONY INSURANCE COMPANY                                                            PLAINTIFF

V.                                                                  Civil Action No. 1:21-cv-120-GHD-RP

DARREN BEASLEY; et al.                                                             DEFENDANTS

ORDER ADMINISTRATIVELY CLOSING CASE

This case involves a dispute over two liability insurance policies. One of the Defendants, Darren Beasley, has filed a bankruptcy petition in the U.S. Bankruptcy Court for the Northern District of Mississippi (Bankr. Case No. 1:21-bk-10259). This Court subsequently, on January 4, 2022, granted a discretionary stay of these proceedings [32]. Thus, this matter is stayed by an automatic bankruptcy stay pursuant to 11 U.S.C. § 362.

Accordingly, given that these proceedings are stayed, and have been since January 4, 2022, the Court hereby administratively closes this case pending the resolution of the subject bankruptcy proceedings, or until the Bankruptcy Court otherwise provides the Plaintiff relief from the automatic stay to proceed in this cause. This case will be reopened after notice on the docket that the ongoing bankruptcy proceedings have been resolved or the automatic stay has been lifted by the Bankruptcy Court.

Accordingly, the Court orders that this case be ADMINSTRATIVELY CLOSED as of today's date.

THIS, the 24th day of May, 2024.

_____
SENIOR U.S. DISTRICT JUDGE