UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

COLONY INSURANCE COMPANY                             PLAINTIFF

V.                                                                 Civil Action No. 1:21-cv-120-GHD-RP

DARREN BEASLEY; et al.                                     DEFENDANTS

## ORDER OF DISMISSAL

The Court, having considered the Plaintiff's motion [50] to dismiss all claims asserted herein without prejudice, finds that this matter should be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS, therefore, hereby ORDERED that the Plaintiff's motion to dismiss [50] is GRANTED, all claims asserted in this lawsuit are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED.

SO ORDERED, this the 30 day of September, 2024.

_____
SENIOR U.S. DISTRICT JUDGE